**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | No. 18-04057-01-CR-C-BCW |
| Plaintiff, | **COUNT 1**<br>18 U.S.C. § 2422(b)<br>NLT 10 Years Imprisonment |
| v. | NMT Life Imprisonment |
| **HARRISON COOPER STRETZ**,<br>[DOB: 10/01/1993] | NMT $250,000 Fine<br>NLT 5 Years Supervised Release<br>NMT Life Supervised Release |
| Defendant. | Class A Felony |
| | **COUNT 2**<br>18 U.S.C. § 1470<br>NMT 10 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony |
| | $100 Special Assessment (Each Count) |

# I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

**COUNT 1**
(Attempted Enticement of a Minor)
<u>18 U.S.C. § 2422(b)</u>

On or about April 23, 2018, within Boone County, in the Western District of Missouri, the defendant, **HARRISON COOPER STRETZ**, used a facility and means of interstate commerce, that is, the internet and the cellular telephone network, to attempt to knowingly persuade, induce, entice and coerce an individual whom he believed to be less than eighteen years of age, to engage in sexual activity for which a person can be criminally charged under the laws of the State of Missouri, which prohibits any person, if being twenty-one years of age or older, from having sexual intercourse or deviate sexual intercourse with another person who is less than seventeen years of age; all in violation of Title 18, United States Code, Section 2422(b).

# COUNT 2
(Attempted Transfer of Obscene Materials to a Minor)
18 U.S.C. § 1470

On or about April 23, 2018, within Boone County, in the Western District of Missouri, and elsewhere, the defendant, **HARRISON COOPER STRETZ**, by means of interstate commerce, knowingly attempted to transfer obscene material to another individual who he believed had not attained the age of sixteen years, believing that the other individual had not attained the age of sixteen years; in violation of Title 18, United States Code, Section 1470.

**A TRUE BILL.**

*/S/ Samie Hill*
**FOREPERSON OF THE GRAND JURY**

*/S/ Ashley S. Turner*
**Ashley S. Turner**
Assistant United States Attorney
Missouri Bar No. 62314

Dated: 05/02/2018