# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**

Boone / Central

**Matter to be Sealed**

☒ Secret Indictment
☐ Juvenile

**Defendant Information**

Defendant Name: Harrison Cooper Stretz

Alias Name:

Birth Date: 10/01/1993

**Related Case Information**

Superseding Indictment? ☐ Yes ☒ No  If yes, original case number:
New Defendant(s)? ☐ Yes ☒ No

Prior Complaint Case Number, if any:

Prior Target Letter Case Number, if any:

**U.S. Attorney Information**

AUSA  Ashley S. Turner

**Interpreter Needed?**

☐ Yes  Language and/or Dialect:
☒ No

**Location Status**

Arrest Date:

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

**Writ Required?** ☐ Yes ☒ No
**Warrant Required?** ☒ Yes ☐ No

**U.S.C. Citations**

Total # of Counts     2

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 18:2422.F COERCION OR ENTICEMENT OF FEMALE/MALE | 1 |
| 2 | 18:1470.F TRANSFER OF OBSCENE MATERIALS TO MINORS | 2 |
| 3 | | |
| 4 | | |

(May be continued on reverse)  Revised: 12-07-2017